IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria

| | |
|---|---|
| IN RE: | Case No. 16-13634-RGM |
| MLRG, INC. | Chapter 11 |
| Debtor. | |

**NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY
AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that Anne M. Magruder, Leon Koutsouftikis, and Magruder Cook & Koutsouftikis, counsel for WRIT Limited Partnership ("WRIT") hereby request that all notices given or required to be given in the above-captioned proceeding, and in any cases consolidated herewith, and all notices and documents served or required to be served in the proceeding, and in any cases consolidated herewith, be given to and served upon:

> **Anne M. Magruder, Esq.
> Leon Koutsouftikis, Esq.
> Magruder Cook & Koutsouftikis
> 1889 Preston White Drive, Suite 200
> Reston, VA 20191
> Telephone: (571) 313-1503
> Facsimile: (571) 313-8967
> E-mail: lkouts@magruderpc.com**

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices referred to in

---

Leon Koutsouftikis, Esq. # 44262
MAGRUDER COOK & KOUTSOUFTIKIS
1889 Preston White Drive, Suite 200
Reston, VA 20191
(571) 313-1503/fax: (571) 313-8967
Counsel for WRIT Limited Partnership

Rules 2002, 3017, 9006, 9007 or 9010 of the Federal Bankruptcy Rules, but also includes, without limitation, notices of any hearings, orders, motions, demands, complaints, petitions, pleadings, requests, applications, disclosure statements, plans, and any other documents, including, but not limited to, pleadings filed in this Court, whether formal or informal, written or oral, or transmitted by mail, delivery, telephone, telegraph, telex, telecopy or otherwise, which in any way affect or seek to affect the above-captioned proceeding or any proceeding consolidated herewith.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance, Request for Matrix Entry and Request for Service of All Notices and Documents shall not be deemed or construed to be a waiver of WRIT's right: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceedings related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, defenses, setoffs, or recoupments to which WRIT is or may be entitled, in law or in equity, all of which WRIT expressly reserves.

Respectfully submitted,

Dated: November 3, 2016

MAGRUDER COOK
& KOUTSOUFTIKIS

By:   /s/ Leon Koutsouftikis
Leon Koutsouftikis       #44262
1889 Preston White Drive, Suite 200
Reston, VA 20191
(571) 313-1503
Counsel for WRIT Limited Partnership

2

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that copies of the foregoing Notice of Appearance, Request for Matrix Entry and Request for Service of All Notices and Documents were mailed, first-class, postage prepaid, this 3rd day of November 2016, to:

Todd Lewis, Esq.
The Lewis Law Group, P.C.
2200 Wilson Boulevard, Suite 102-50
Arlington, VA  22201
*Counsel for Debtor*

Michael Landrum
2300 Wilson Boulevard
Arlington, VA 22201
*Debtor Designee*

Judy A. Robbins, Esq.
Joseph A. Guzinski, Esq.
Office of the U.S. Trustee – Region 4
115 S. Union St., Room 210
Alexandria, VA 22314

/s/ Leon Koutsouftikis
Leon Koutsouftikis

W3561487.002

3