**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| MLRG, Inc. | : | CASE NO 16-13634-KHK |
| | : | Chapter 11 |
| Debtor | : | |
| | : | |

# ORDER ON APPLICATION FOR ATTORNEY'S FEES

This matter came on the Application and Certification of Todd Lewis, the former counsel for the debtor, for an order authorizing payment of his attorney's fees, and upon proper notice to all interested parties, and upon the objection of the debtor, and upon the resolution of that objection as embodied in the terms of this order, and the fees granted herein appearing to be reasonable and necessary, and it appearing otherwise proper, it is hereby

Ordered that fees and expenses pursuant to the Application (Docket Item No. 215) are approved in the amount of $15,000.00, and are to be paid by the debtor within four months after the entry of this order in four equal installments, on or before April 8, 2019, May 8, 2019, June 10, 2019, and July 8, 2019, and it is further

Ordered that Todd Lewis shall not be entitled to any further fees or expenses in this case.

Signed, this        day of        ,2019

| | |
|---|---|
| Mar 11 2019 | /s/ Klinette Kindred |
| | Hon. Klinette H. Kindred |
| | UNITED STATES BANKRUPTCY JUDGE |
| We ask for this: | Entered on Docket: March 11, 2019 |

/s/ Richard G. Hall
Richard G. Hall
Counsel for Todd Lewis
7369 McWhorter Place
Suite 412
Annandale, Virginia, 22003
VA Bar No. 18076
(703)256-7159


/s/ Justin P. Fasano
Justin P. Fasano,
Counsel for MLRG, Inc.
McNamee, Hosea, Jernigan,
Kim, Greenan & Lynch, P.A.
6411 Ivy Lane, Greenbelt, MD 20770
VA Bar No. 75983
Phone: 301-441-2420