IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| MLRG, INC. | ) | Chapter 11 |
| | ) | Case No 16-13634 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| THE NAVY LEAGUE BUILDING, LLC | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | Contested Matter |
| | ) | |
| MLRG, INC. | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | | |

ORDER GRANTING
**MOTION FOR RELIEF FROM AUTOMATICE STAY**

UPON CONSIDERATION of the Motion for Relief from Automatic Stay [Doc 223] (the "Motion"), filed by The Navy League Building, LLC ("Movant"), the landlord of the Debtor's commercial real property lease of 2300 Wilson Boulevard, Arlington, Virginia 22201 (the "Leased Premises"), and it appearing that cause exists to lift the automatic stay in this case, the Debtor does not oppose the relief sought in the Motion and no opposition has been filed or otherwise raised to the Motion, it is by this Court

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the automatic stay and injunction provided for under the terms of the Debtor's confirmed chapter 11 plan of reorganization, to the extent applicable, are

1

hereby lifted so as to allow Movant to exercise its contract and state law rights with respect to the Leased Premises, as provided in the Motion; and it is further

ORDERED that the stay of this Order, pursuant to Bankruptcy Rule 4001(a)(3) be and hereby is waived.

Dated: Jul 2 2019

/s/ Klinette Kindred
Hon. Klinette Kindred
U.S. Bankruptcy Judge

Entered on Docket: July 3, 2019

Requested by:

_____/s/ Christopher L. Rogan_____
Christopher L. Rogan, Esquire (VSB #30344)
ROGANMILLERZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 333
Leesburg, Virginia  20176
(703) 777-8850/Telephone
(703) 777-8854/Facsimile
crogan@RMZLawFirm.com
*Counsel to Movant*

Seen and no objection:

_____/s/ Justin P. Fasono_____
Justin P. Fasano, Esq.
McNamee Hosea
6411 Ivy Lane, Suite 200
Greenbelt, MD  20770
*Counsel to Debtor*

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C), on June 27, 2019.

_____/s/ Christopher L. Rogan__
Christopher L. Rogan

2