# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No. 16-13634-KHK** |
| **MLRG, INC.,** ) | **Chapter 11** |
| ) | |
| **Reorganized Debtor.** ) | |

## MOTION TO DISMISS CASE

MLRG, Inc. ("MLRG"), by and through undersigned counsel, pursuant to 11 U.S.C. 1112 of the United States Bankruptcy Code, respectfully submits this Motion for Final Decree (the "Motion"), requesting that this Court enter an order dismissing this case, and in support thereof states as follows:

1. On October 25, 2016 (the "Petition Date"), MLRG filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. MLRG operated a restaurant known as "Ray's the Steaks" in Arlington County, Virginia.

3. On September 26, 2017, MLRG filed its *Debtor's Revised Disclosure Statement and Plan of Reorganization* [Docket No. 149] (the "Plan").

4. The Plan was confirmed by this Court on September 26, 2017.

---

MCNAMEE, HOSEA, JERNIGAN, KIM, GREENAN & LYNCH, P.A.
Justin P. Fasano, Esquire (VSB # 75983)
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
Phone: 301-441-2420
jfasano@mhlawyers.com

*Counsel to MLRG, Inc.*

5. MLRG was initially able to comply with the Plan, but could not continue to make required plan and rent payments.  On June 16, 2019, MLRG closed its doors.  MLRG's landlord, The Navy League Building, LLC (the "Landlord"), has been granted relief from stay to take over MLRG's premises.

6. All of MLRG's assets are subject to the first priority lien of Sandy Spring Bank. In the event that this case was converted to Chapter 7, there would be no unencumbered assets to distribute.  It is anticipated that Sandy Spring Bank and the Landlord will consent to the dismissal of this case.

7. Pursuant to 11 U.S.C. § 1112(b)(4)(N), there is cause to dismiss this case.

WHEREFORE, MLRG respectfully requests that the Court enter an order dismissing this case; and grant such other and further relief as is just and appropriate under the circumstances of this case.

Dated:  July 8, 2019    Respectfully submitted,

/s/ *Justin P. Fasano*
McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A.
Justin P. Fasano, Esquire (VSB 75983)
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
Phone: 301-441-2420
jfasano@mhlawyers.com
*Counsel for MLRG, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2019 a copy of the foregoing was filed and served via the Court's Electronic Case Filing System on all parties receiving notice thereby, and by first-class mail, postage prepaid, to:

>Office of the United States Trustee
>1725 Duke Street
>Alexandria, VA 22314

>/s/ *Justin P. Fasano*
>Justin P. Fasano