John P. Fitzgerald, III
Acting United States Trustee
For Region 4
1725 Duke Street, Suite 650
Alexandria, VA 22314
Jack Frankel, Attorney
#15019
(703) 557-7229

## United States Bankruptcy Court
## Eastern District of Virginia
## Alexandria Division

In re:

**MLRG, INC.,**                                                        Case No. 16-13634-KHK

Debtor.                                                                Chapter 11

### Response to Motion to Dismiss Case

Comes Now, John P. Fitzgerald, III, Acting United States Trustee for Region 4, files this response to the Debtor's motion to dismiss this case.

1. A plan of reorganization was confirmed on November 6, 2017. Docket No. 176.

2. The Debtor has not filed post-confirmation quarterly reports for the 1st and 2nd quarters of 2019.

3. The Debtor owes an estimated $10,025 in United States Trustee fees. This amount includes fees due for the 2nd and 3rd quarters of 2019. (The fee for the 2nd quarter of 2019 is due July 31, 2019. The minimum fee due for the 3rd quarter is $325.)

4. Without the post-confirmation quarterly reports being filed, an informed decision on what is in the best interests of the creditors and the estate, dismissal or conversion to chapter 7, cannot be made. Also creditors should know how the debtor spent its funds in the past six months.

>John P. Fitzgerald, III
>Acting United States Trustee
>For Region 4
>
>/s/ Jack Frankel

## Certificate of Service

I hereby certify that on the 22nd day of July, I e-mailed a copy of this response to Justin Fasano, Esq., Email: jfasano@mhlawyers.com.

>/s/ Jack Frankel